Incompetent Person, Appellants, v. Mary J. McDaniel, Respondent, Impleaded with Joseph Rivlin and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Anna Blond, Appellant, v. Meyer Blond, Respondent.— Order affirmed. No opinion.

In the Matter of Tilbert Meyer, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Alexander Duer Irving and Others, Appellants, v. Royal Exchange Assurance of London, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Idella Dadson, as Administratrix, etc., of William Dadson, Deceased, Respond ent, v. William Allaire, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

David Wallace, Trustee in Bankruptcy of Edward P. Coe and William H. Knox, Individually and as Copartners, Trading under the Firm Name of Cadenas & Coe, Respondents, v. Julio Vale and Others, Defendants, Impleaded with Howard Gould, Appellant, Partners Trading under the Firm Name of Julio Vale & Co.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Daniel Bradley, Appellant, v. Fajbush Libman, Respondent, Impleaded with Louis H. Perlman and Levi S. Manson.— Appeal dismissed, with ten dollars costs and disbursements. No opinion.

Sophia Gilbert, Respondent, v. Josephine Matthews and Others, Defendants. Oscar Heimstadt, Purchaser, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Arnold Hotel Company, a Corporation, Appellant. New York Distributing Company and A. Steinthal & Company, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

David B. Newcomb and Others, Appellants, v. Caleb A. Burbank, Individually and as Executor, etc., of Ambrose B. Burbank, Deceased, and Also as Administrator, etc., of Samuel M Burbank, Deceased, Respondent, Impleaded with George H. Southard, Individually and Also as Executor, etc., of Ambrose B. Burbank, Deceased, and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry Oppenheimer, Respondent, v. Mary Barnett and Others, Appellants.— Appeal dismissed, with ten dollars costs and disbursements. No opinion.

Frederick Schmidt, Respondent, v. Ralph H. Barter and May S. Barter, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Isidore Silvert, Respondent, v. Louis Kommel, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Richard Buge v. Herman Kaiser.— Motion granted, with ten dollars costs.

Joseph N. Carpenter v. Josephine Klein.— Motion denied, with ten dollars costs.

In the Matter of Hiram H. Lamport.— Motion granted unless appellant have the appeal ready for argument at the May term.

Thomas Brownridge v. John Schaible and Another.— Motion granted, with ten dollars costs.